# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,** Plaintiff, v. **GEORGE W. KENNEDY CONSTRUCTION CO., INC.,** Defendants. | FILED: AUGUST 27, 2008<br>08CV4902<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE ASHMAN<br><br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiffs

| NAME (Type or print) |
|---|
| Steven W. Jados |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven W. Jados |

| FIRM |
|---|
| Dowd, Bloch & Bennett |

| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR |
|---|

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06289821 | (312) 372-1361 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL